**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LULULEMON ATHLETICA INC. and CURIOUSER PRODUCTS INC. (d/b/a MIRROR),<br><br>Defendants. | ) | C.A. No. 21-532-GBW |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**WHEREAS** DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") instituted this patent-infringement action against lululemon athletica inc. and Curiouser Products Inc. (d/b/a MIRROR) (collectively, "MIRROR") on April 13, 2021;

**WHEREAS** this patent-infringement action was stayed and closed for administrative purposes under 28 U.S.C. § 1659(a) on June 1, 2021, in light of the investigation in the United States International Trade Commission ("ITC"), captioned *Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same*, Inv. No. 337-TA-1265 (ECF No. 9); and

**WHEREAS** DISH and MIRROR have resolved the dispute underlying this action and the corresponding ITC investigation;

**THEREFORE**, DISH and MIRROR respectfully request that the Court lift the stay of this action, and hereby stipulate to the dismissal of all of DISH's claims in this action with prejudice under Fed. R. Civ. P. 41(a). Each party will bear its own costs and attorneys' fees.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150 Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C.*

*Of Counsel:*

Lisa M. Kattan
Jamie R. Lynn
Lauren J. Dreyer
Thomas C. Martin
Samuel L. Kassa
Andrew Wilson
Eileen Hyde
**BAKER BOTTS L.L.P.**
700 K Street, NW
Washington, DC 20001
Phone: 202.639.7700

G. Hopkins Guy, III
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: 650.739.7500

Ali Dhanani
Bradley Bowling
Thomas Carter
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Phone: 713.229.1234

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

David E. Moore (#3983)
Joseph D. Farris (#6657)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
jfarris@potteranderson.com

*Attorneys for Defendants lululemon athletica inc. and Curiouser Products Inc. (d/b/a MIRROR)*

*Of Counsel:*

Stephen R. Smith
Phillip E. Morton
Emily E. Terrell
Naina Soni
Elizabeth Shrieves
**COOLEY L.L.P.**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: 202.842.7800

Heidi Keefe
Cameron Vanderwall
**COOLEY L.L.P.**
3175 Hanover Street
Palo Alto, California 94304
Phone: 650.843.5000

Michael Rhodes
**COOLEY L.L.P.**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-5800
Phone: 415.693.2000

Bethany R. Salpietra
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Phone: 214.953.6500

SO ORDERED, this ____ day of February, 2023.

______________________________________
United States District Judge